# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 17-2282

———————————————

United States of America

*Plaintiff - Appellee*

v.

William Arthur Cooper, Jr.

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Davenport

——————————

Submitted: December 27, 2017
Filed: January 10, 2018
[Unpublished]

——————————

Before GRUENDER, MURPHY and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

William Cooper directly appeals the district court's[1] modification of the conditions of his supervised release. His counsel has moved for leave to withdraw,

———————————

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

and has filed a brief arguing that the district court abused its discretion in ordering 120 days of home detention as a modification to Cooper's conditions of supervised release.

After careful review of the record, we conclude that the district court did not abuse its discretion in modifying the conditions of Cooper's release. See 18 U.S.C. § 3583(2)(2) (district court may modify conditions of supervised release at any time prior to expiration or termination of term of supervised relief); United States v. Davies, 380 F.3d 329, 332 (8th Cir. 2004) (standard of review); cf. United States v. Wiedower, 634 F.3d 490, 493 (8th Cir. 2011) (court has broad discretion when imposing release conditions; when crafting special condition, court must make individualized inquiry into facts and circumstances underlying case and make sufficient findings on record so as to ensure condition satisfies statutory requirements). Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____